JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

KY LAI VU,

       Petitioner,

   v.

D. MARTIN, *et al.*,

       Respondents.

Case No. 5:26-cv-03197-JWH-DFM

**JUDGMENT**

Pursuant to the "Order Dismissing Petition as Moot" entered substantially contemporaneously herewith, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.    The Petition is **DENIED as moot**.

2.    This action is **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

Dated:_____June 25, 2026_____

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-